IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| L.A. NELSON COMPANY, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil No. 06-284-JLQ <br><br> ORDER APPROVING JOINT STIPULATION AND DISMISSING ACTION WITH PREJUDICE |

Before the Court is the parties' Joint Stipulation For Dismissal With Prejudice ("Joint Stipulation"), filed as Docket Entry # 18 on June 27, 2007. Upon consideration of the Joint Stipulation, the record in this case, and for good cause shown, it is hereby

ORDERED that the Joint Stipulation is APPROVED. It is further

ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS SO ORDERED. The Clerk is directed enter this Order, enter judgment in accordance herein, send copies of this Order to counsel, and close this file.

DATED this 31st day of July, 2007.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

[Proposed] Order- 1                                    2634936.1