AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

L.A. NELSON COMPANY, a
Washington corporation,
                Plaintiff,

v.

UNITED STATES OF AMERICA,
                Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-284-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT THE JOINT STIPULATION IS APPROVED. It is further ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

July 31, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Stevie Perry
*(By) Deputy Clerk*
Stevie Perry